# Exhibit A

```
05-DEC-2011 12:21 GMT

TO              : ALLIED MARITIME INC.
ATTENION        : MR. STAVROS BINIOS
FROM            : BUNKERFUELS

THANK YOU FOR YOUR ORDER.
BUNKERFUELS CONFIRMS HAVING PLACED THE FOLLOWING FIRM ORDER:

VESSEL          : MANDARIN GLORY
PORT            : HUANG PO (WHAMPOA)
DATE            : 07-DEC-2011 TO 08-DEC-2011
AGENT           : Guangzhou United International Ocean Shipping Agency Ltd.


SELLER          : BUNKERFUELS
PHYSICAL SUPPLIER: CHIMBUSCO
PAYMENT TERMS   : 30 DDD BY TT
BUYER           : MV MANDARIN GLORY AND HER OWNERS/OPERATORS AND
                  ALLIED MARITIME INC.

FUEL GRADE/SPEC : 380CST/ISO 8217:2005 RMG380
QUANTITY        : 850.00 MTONS
PRICE           : USD 750.00 / MTONS  DELIVERED

FUEL GRADE/SPEC : MGO/ISO 8217:2005 DMA
QUANTITY        : 30.00 MTONS
PRICE           : USD 1,130.00 / MTONS  EX-WHARF

EXPENSES        : BARGING (FLAT) USD 1,300.00 FLAT


* OVERTIME/DEMURRAGE/OTHER CHARGES (IF ANY) AT COST FOR BUYERS ACCOUNT.
* PLS ENSURE CLOSE COORDINATION BETWEEN AGENT/LOCAL SUPPLIER AT ALL TIMES.
* PLS INFORM US BY RETURN IF ANY ERRORS/OMISSIONS OR CHANGES IN THE ABOVE.

ALL SALES ARE ON THE CREDIT OF THE VSL. BUYER IS PRESUMED TO HAVE AUTHORITY TO
BIND THE VSL WITH A MARITIME LIEN.  DISCLAIMER STAMPS PLACED BY VSL ON THE
BUNKER RECEIPT WILL HAVE NO EFFECT AND DO NOT WAIVE THE SELLER'S LIEN.
THIS CONFIRMATION IS GOVERNED BY AND INCORPORATES BY REFERENCE SELLER'S GENERAL
TERMS AND CONDITIONS IN EFFECT AS OF THE DATE THAT THIS CONFIRMATION IS ISSUED.
THESE INCORPORATED AND REFERENCED TERMS CAN BE FOUND AT WWW.WFSCORP.COM.
ALTERNATIVELY, YOU MAY INFORM US IF YOU REQUIRE A COPY AND SAME WILL BE
PROVIDED TO YOU.

WHEN APPLICABLE BY LAW IN THE COUNTRY OF SUPPLY, BUNKER DELIVERY WILL COMPLY
WITH REGULATIONS 14 AND 18 OF MARPOL ANNEX VI

IN ACCORDANCE WITH UNITED STATES SANCTIONS REGULATIONS, SELLER CANNOT BUNKER
VESSELS THAT (I) HAVE VISITED CUBA/IRAN/MYANMAR/SUDAN IN THE 30 DAYS PRECEDING
THE BUNKERING DATE, OR (II) ARE SCHEDULED TO VISIT CUBA/IRAN/MYANMAR/SUDAN IN
THE 45 DAYS FOLLOWING THE BUNKERING DATE, OR (III) ARE TRANSPORTING
GOODS/CRUDE OF PREDOMINANTLY (50% OR MORE) CUBA/IRAN/MYANMAR/SUDAN ORIGIN.
UPON DISCOVERY OR REASONABLE BELIEF BY SELLER THAT ANY OF THESE 3 CONDITIONS
APPLY, THE DELIVERY WILL BE CANCELLED AT NO COST TO EITHER PARTY.

Aris Vogas
Bunkerfuels Hellas
Email: avogas@wfscorp.com
Office Email: bunkerfuelsgr@wfscorp.com
Tel: +30.210.8985.920
Fax: +30.210.8983.680
MSG#: 2517427
```